Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Virginia Price

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VIRGINIA PRICE, | Case No.: 2:18-cv-02201-APG-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Lisa Anderson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from March 8, 2019 to April 9, 2019, for Plaintiff to send her Motion for Remand/Reversal and that Defendant

-1-

shall have until June 7, 2019, to file her opposition. Any reply by plaintiff will be due June 27, 2019. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel due to press of business. During the week of March 4 to 8, 2019, Plaintiff's counsel has another motion due that was unexpectedly reassigned to him, has a reply due, has four Appeals Council briefs due, and is out of the office two days for out of town hearings requiring about 10 hours of driving. Ordinarily Plaintiff's counsel would use the weekend to complete work but he is out of town this weekend for personal time.

DATE: February 27, 2019      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ / *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Virginia Price

DATE: February 27, 2019      NICHOLAS A. TRUTANICH
United States Attorney

/s/ Sharon Lahey
BY: _____

Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: 3-4-2019

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

-2-

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:18-CV-02201-APG-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 27, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____